IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLE R. BRIDGEFORTH,

      Plaintiff,                     1: 0 CV 00135 YNP GSA (PC)

   vs.                                ORDER RE MOTION (DOC 20)

K. M. WHITE, et al.,

      Defendants.

     Plaintiff is a state prisoner proceeding pro se an a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1).

     Pending before the court is Plaintiff's motion for an extension of time in which to file a notice of appeal of the order denying the appointment of counsel.  The court construed the request as a notice of appeal.  The U.S. Court of Appeals for the Ninth Circuit entered an order dismissing the appeal for lack of jurisdiction.  This action was ultimately dismissed for Plaintiff's failure to prosecute.

     Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for an extension of time is denied as moot.

1 | IT IS SO ORDERED.

2 | Dated:    **March 19, 2010**              /s/ **Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE